FILED
2006 Jul-31 PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERISURE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) 2:05-cv-00508-RDP ) |
| MCWHORTER & COMPANY, INC., and CIA, LLC, | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, the court finds Plaintiff's motion for summary judgment (Doc. 11) is due to be granted. Specifically, the court finds that Plaintiff is under no duty or obligation to: (1) appear and defend McWhorter from claims made by CIA, (2) indemnify McWhorter against any sums which may be adjudicated against it in favor of CIA, or (3) pay any claims by reason of the construction of the theaters built pursuant to the construction contract between McWhorter and CIA for the theaters in Covington, Louisiana, as alleged in the underlying action. An appropriate order will be entered.

**DONE** and **ORDERED** this ___31st___ day of July, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE